UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH HERNANDEZ LUNA,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>JOHN F. SALAZAR, Warden,<br><br>　　　　Respondent. | Case No. EDCV 08-0010-DDP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 6-11-08

Dean D. Pregerson
United States District Judge